In the Matter of the INCORPORATED VILLAGE OF BABYLON, Respondent, Relative to Acquiring Title to Real Property on Carll Avenue for Public Parking. RALPH H. HONSBERGER, Appellant.—

---

* Except for one innocuous inquiry unrelated to the merits.

Rabin, P. J., Munder, Martuscello, Shapiro and Gulotta, JJ., concur.